OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

                    EASTERN         DISTRICT OF    LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAY 26 2006
LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA
V.
Scott D. LeMoine
Wherever Found

CRIMINAL COMPLAINT

Case Number: 06-93 MAG

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 22, 2006__ in __Tangipahoa Parish__ County, in the __EASTERN__ District of __LOUISIANA__ defendant(s) did,

(Track Statutory Language of Offense)
individually and with intent to solicit and induce another person or persons to engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against property to wit: the tampering of a consumer product that affects interstate and foreign commerce, namely the Monsanto Chemical product Posilac with reckless disregard for the risk that another person will be placed in danger of death and personal injury, and under circumstances manifesting extreme indifference to such risk;

in violation of Title __18__ United States Code, Section(s) __373 and 1365(a) and (d)__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Signature of Complainant

Peter Fredrick Licata, SPECIAL AGENT, FBI
Printed Name of Complainant

Sworn to before me and signed in my presence,

5/26/2006                                                            at   NEW ORLEANS     LOUISIANA
Date                                                                         City                        State

LOUIS MOORE, JR.      U.S. Magistrate Judge
Name of Judge          Title of Judge                                    Signature of Judge

# AFFIDAVIT

1. Your affiant, Peter Fredrick Licata, is a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. Affiant has been so employed by the FBI for the past six years and eight months and is currently assigned to the Louisiana Joint Terrorism Task Force.

2. Your affiant is conducting an investigation on the planned disruption to the distribution of the drug Posilac, at the Monsanto Chemical Plant located on Columbia Nitrogen Road, Augusta, Georgia by Scott D. LeMoine.

3. On May 24, 2006 the FBI was provided with e-mails sent from LeMoine to Stormy Joiner and Shannon Joiner. The e-mails espouse LeMoine's beliefs that the milk supply of the United States is being poisoned through some form of mass conspiracy.

4. LeMoine's plan corroborated through the e-mails provided and a consensual monitored telephone call specifically indicate LeMoine's intent to disrupt and tamper with the production of Posilac, a growth hormone used in the dairy industry to increase the growth of milk producing cows. LeMoine has described that his plan to attack the plant has taken three years to devise. In addition, LeMoine has repeatedly attempted to solicit friends and family members to assist him in the plan through various interstate telephone calls and e-mails.

According to Monsanto's website, "POSILAC bovine somatotropin is widely accepted and used as a management tool to enhance diary cow productivity. Of nearly 9 million diary cows in the United States, approximately 35% are in herds supplemented with POSILAC. Approximately 13,000 dairy producers are currently taking advantage of the benefits offered by POSILAC. The product is sold in all 50 states and over a dozen other countries."

According to FDA law enforcement officials, Posilac is a "drug" as defined by the Federal Food, Drug, and Cosmetic Act and therefore a "consumer product" under Title 18 U.S.C. 1365 (h).

5. Posilac is manufactured by Monsanto in Augusta, Georgia. The site is specifically mentioned verbally and in photo attachments in e-mails sent by LeMoine.

6. On May 22, 2006 at approximately 09:39 am, LeMoine espoused in writing via e-mail to Stormy Joiner that he was not sure if he should wait until both were face to face to explain LeMoine's "mission". LeMoine wrote that he wanted to "STOP this source of "hazardous waste", that already contaminated 80% of the nations MILK."

7. LeMoine considers Posilac a "homogenous fire" that is destroying every ones' lives. LeMoine states in writing that he knows that he can rent a "nice big TONKA TOY" which would be used to breach the Monsanto Chemical Plant and "go through there like

Donkey Kong tearing through aluminum foil!"

8. LeMoine included a web link, esellmarketing.com/images/10066-05/d8-2.jpg which depicts a bulldozer which he would use as a means to enter the Monsanto Chemical Plant. LeMoine continued that "I REALLY KNOW HOW TO PUT OUT A BIG FIRE!!" LeMoine stated that he planned on coming home to Ponchatoula, Louisiana as soon as possible to beg Joiner to help him carry out his mission in person. LeMoine has requested the assistance of Joiner to drive a bulldozer to breach the fence of the Monsanto Chemical Plant.

9. On May 23, 2006 at approximately 12:57 pm, LeMoine espoused in writing via e-mail to Joiner that he again intends to stop the Monsanto Chemical Plant's production of Posilac. LeMoine states he is not wrong for wanting to execute his plan as he is saving the lives of many from the growth hormone Posilac. LeMoine continues that he has devised the perfect point to strike the Monsanto Chemical Plant that would complete his plan. The subject of the e-mail authored by LeMoine is "Guess what I found out,,"

10. On May 23, 2006 at approximately 2:38 pm, LeMoine states in writing via e-mail to Joiner his intent would be to "break a FEW of the worst and deadliest 10 and 12 inch pipe LINES." LeMoine continued that he plans on melting the sugar and milk refinery in order to complete his task. LeMoine stated that he will go to jail for his actions and if he is detained he will defend himself to expose the use of Posilac in the government's conspiracy to poison the milk supply.

11. In the same communication, LeMoine provided attachments of photos downloaded from Google Earth which represent the geographical outline surrounding, the Monsanto Chemical Plant, LeMoine's target in question. The subject of the e-mail authored by LeMoine is "Man I hope you are ~~exited~~ *excited*!"

12. On May 23, 2006 at approximately 6:16 pm, LeMoine states in writing via e-mail to Joiner that LeMoine has talked with another friend who was trying to convince LeMoine to conduct his actions in a way that would prevent him from going to jail or get hurt. LeMoine states in response, "What is it worth if I don't?"

13. On May 24, 2006 at approximately 1:14 pm, LeMoine states in writing via e-mail to Joiner that LeMoine may need more than one machine and inquired about obtaining a larger vehicle to facilitate the breach of the Monsanto Chemical Plant.

14. On May 24, 2006 at approximately 1:50 pm, LeMoine states in writing via e-mail to Joiner that "I am a terrorist". LeMoine compares the conspiracy theory of the terrorist attacks that occurred on September 11, 2001 to his conspiracy theories associated with the use of Posilac manufactured at the Monsanto Chemical Plant.

15. On May 25, 2006 a consensual monitored telephone conversation occurred between Shannon Joiner and LeMoine. During the conversation LeMoine recounts a conversation he had with his mother earlier in the day in which LeMoine's family is afraid

for him because LeMoine wants to take matters into his own hands without looking like a terrorist.

16. LeMoine states his desire to "get rid" of the Posilac from the Monsanto Chemical Plant and how he would again stand up for himself in court. LeMoine again reiterates his intent to disrupt the piping system being used as a conduit to process the growth hormone Posilac. During the conversation, LeMoine continued that he can not be completely understood until he winds up on television as a result of his actions.

17. LeMoine further adds to his intentions by stating that the pipes used to transport the Posilac are out in the open therefore making it easy to effect his actions. LeMoine specifically uses the word "hit" to describe his intent to disrupt the production of Posilac. LeMoine espouses that it would be a "tremendous thing to interrupt that little process", alluding to the disruption of the manufacturing of Posilac at the Monsanto Chemical Plant.

18. LeMoine states that he is not concerned for his well being or safety as it pertains to executing his plan. He espouses that he will risk his own health and freedom to stop the Posilac from being produced by the Monsanto Chemical Plant.

19. LeMoine verifies the how simple the plan would be to execute and compares it to simply tearing apart an erector set. This is in reference to disrupting the pipe lines that transport the Posilac through the Monsanto Chemical Plant.

20. LeMoine understands the risk of injury to himself and others that may be with him attempting to disrupt the production of the Posilac.

21. Through the review of the e-mails mentioned above and the results of the consensual monitored telephone conversation, your affiant believes that Scott D. LeMoine has the motive to carry out his actions. LeMoine's motive is to save individuals and his family from being poisoned by the milk supply of the United States. LeMoine's opportunity exists in the fact that he has researched the Monsanto Chemical Plant in Augusta, Georgia and is familiar with the location, layout and surroundings of the plant. Finally, LeMoine has researched the means in which to conduct his plan through the use of friends and his ability to locate and use heavy machinery to carry out his plan.

22. Based upon the foregoing, your affiant alleges that there is probable cause to believe that Scott D. LeMoine individually, and, with intent to solicit and induce another person to engage in conduct constituting a felony that has an element the use, attempted use, or threatened use of physical force against property or against a person of another in violation of the laws of the United States, to wit; the tampering of a consumer product that affects interstate and foreign commerce, namely the Monsanto Chemical's product "Posilac", with reckless disregard for the risk that another person will be placed in danger of death and personal injury, and under circumstances manifesting extreme indifference to such risk; all in violation of Title 18 U.S.C. Sections 373 and 1365 (a) and (d).

PETER FREDRICK LICATA
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed
Before Me this 26th day of
May, 2006.

New Orleans, Louisiana

Honorable Louis Moore, Jr.
U.S. Magistrate Judge