MINUTE ENTRY
MOORE, M.J.
JANUARY 8, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION "A" |

### INITIAL APPEARANCE CONDITIONAL RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL
                            X  ASSISTANT U.S. ATTORNEY  EMILY GREENFIELD
                            X  PROBATION OFFICER  JILL SCHNECKENBURGER
                            ___ INTERPRETER _____  SWORN
                            (TIME:  ___ .M to ___ .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF (PETITION)/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
January 15, 2010 at 10:00 a.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
January 11, 2010 at 2:00 p.m.
**X / RULE TO REVOKE CONDITIONAL RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE JAY ZAINEY**

MJSTAR: 00: 24