MINUTE ENTRY
ZAINEY, J.
JANUARY 11, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" |

### ORDER TO TRANSFER FOR MENTAL EVALUATION AND REVOKING CONDITIONAL RELEASE

On this 11th day of January 2010, this matter came before the Court on a Rule to Revoke Supervised Release. The defendant appeared in person with his counsel, George Chaney, Jr. The government was represented by Emily Greenfield and Michael Magner. Jill Schneckenburger, U.S. Probation Officer, was also present. The Court Reporter was Vic DiGiorgio.

The defendant objected to a Rule to Revoke *Supervised* Release. The government orally moved to amend its rule to reflect a Rule to Revoke *Conditional* Release. Motion Granted.

The defendant stipulated to violation #3 of the rule (submitting a urine specimen which tested positive for marijuana) and that if Probation Officers Scott Stipe and Jill Schneckenburger were called to testify, their testimony would be consistent with the allegations in violation #3.

The court reserved ruling on the other alleged violations.

Accordingly, **IT IS ORDERED** that the defendant's conditional release be **REVOKED.** The defendant shall be remanded to the custody of the Attorney General to include placement in the Bureau of Prisons facility at Rochester, MN pursuant to 18 U.S.C. § 4243(g) for psychiatric evaluation to determine whether the defendant is a danger to society or himself. The evaluation

shall take into consideration all 3 violations listed in the petition and give a specific diagnosis and prognosis as to whether the defendant is a danger to society or himself.

**IT IS FURTHER ORDERED** that the United States Marshal expedite transfer to the facility in Rochester, MN.

**IT IS FURTHER ORDERED** that a status conference is set for **March 9, 2010, at 10:30 a.m.** in chambers.

**IT IS FURTHER ORDERED** that the Clerk of Court serve the United States Marshal with three certified copies of this order.

The defendant was remanded to the custody of the U. S. Marshal.

```
                          JAY C. ZAINEY
                  UNITED STATES DISTRICT JUDGE
```

JS-10: 0:33