MINUTE ENTRY
MOORE, M.J.
JANUARY 11, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 06-209 |
| SCOTT D. LEMOINE | SECTION: A |

A detention hearing was set this date before Magistrate Judge Louis Moore, Jr.

PRESENT:  Emily Greenfield, Asst. U.S. Attorney
George Chaney, Counsel for the defendant
Scott D. Lemoine, Defendant

U.S. District Court Judge Jay C. Zainey conducted a hearing and revoked Scott D. Lemoine's conditional release. For the reasons stated above the detention hearing is **MOOT.**

The defendant was remanded to the custody of the U.S. Marshal.

_____
LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT

MJSATR: 00:03