UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.   2:06-CR-209 |
| VERSUS | |
| SCOTT D. LEMOINE | DIVISION "A" |

**NOTICE OF APPEAL**

Notice is hereby given that SCOTT D. LEMOINE, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of the United States District Court, Honorable Jay C. Zainey, United States District Judge. Following the hearing on the Government's Rule to Revoke Conditional Release on January 11, 2010, the United States District Court rendered its sentence and judgment was entered into the record on January 11, 2010.

According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within ten days "after the entry of the judgment or order appealed from."

WHEREFORE, this Notice of Appeal is timely filed and hereby notices the court of Mr. Lemoine's desire to appeal said judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted this 25th day of January, 2010.

Respectfully submitted,

*/s/Warren L. Montgomery*

_____

Warren L. Montgomery, Bar No. 9578
321 N. Vermont Street
Covington, LA 70433
(985) 893-6585

**CERTIFICATE OF SERVICE**

 I do hereby certify that on January 25, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>*/s/ Warren L. Montgomery*</u>
Warren L. Montgomery