# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

SCOTT D. LEMOINE

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-209 A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Scott D. LeMoine** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of conditional release

in violation of Title United States Code, Section(s)

| LORETTA G. WHYTE | CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | December 30, 2009   New Orleans, Louisiana |
| (By) Deputy Clerk | Date and Location |

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 12/31/09 | NAME AND TITLE OF ARRESTING OFFICER Mark A. Funroe Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/08/10 | | |