UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" [JS 10:25] |

## MINUTE ENTRY

On this date, the Court held a status conference with the following counsel in attendance: Emily Greenfield for the Government; and Warren Montgomery[1] for Defendant Scott Lemoine.

At the conference, the Court advised counsel that the Bureau of Prisons has designated the Medical Facility in Rochester to prepare a mental health evaluation on Mr. Lemoine, and that the U.S. Marshal's Office has informed the Court that Mr. Lemoine will depart on the airlift scheduled for February 25, 2010.

The Court further advised Counsel that at Rochester a psychologist will do the evaluation. A psychiatrist will be on the evaluation team, as required to prescribe medications. No one objected to the psychologist preparing the evaluation.

New Orleans, Louisiana, February 22, 2010.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Warren Montgomery participated by telephone.