UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO: 06-209

SCOTT D. LEMOINE                             SECTION: "A"

### ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that the **STATUS CONFERENCE** in this matter is set for March 9, 2010 at 2:00 p.m. is **RESET** for **Tuesday, April 27, 2010 at 11:00 a.m.**

New Orleans, Louisiana, Thursday, March 4, 2010.

_____
Judge Jay C. Zainey
United States District Court