UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" |

### ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that the **STATUS CONFERENCE** in this matter is set for April 27, 2010 is **RESET** for **Wednesday, April 28, 2010 at 3:00 p.m.**

New Orleans, Louisiana, Thursday, March 18, 2010.

Judge Jay C. Zainey
United States District Court