UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                NO: 06-209

SCOTT LEMOINE                                         SECTION: "A"

### ORDER FOR EXPEDITED RISK ASSESSMENT

On January 11, 2010, Scott Lemoine's Conditional Release was revoked. The Court hereby orders an expedited risk assessment from the Medical Team at the Bureau of Prisons facility in Rochester, Minnesota.

Accordingly;

**IT IS ORDERED** that the facility's attending mental health examiner file a risk assessment with the Court, and shall forward a copy of such report to all counsel by **Monday, May 24, 2010.**

New Orleans, Louisiana, Wednesday, April 21, 2010.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE