UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" |
| | [JS 10:35] |

### MINUTE ENTRY

On this date, the Court held a status conference with the following counsel in attendance: Emily Greenfield for the Government; Warren Montgomery for Defendant Scott Lemoine; and Jill Schneckenburger on behalf of the Probation Office.

At the conference, the Court advised counsel that the Bureau of Prisons shall file an evaluation and risk assessment on Monday, May 24, 2010. The Court set up a status conference to discuss the evaluation.

However, nothing is pending before the Court at this time. Therefore, counsel for Defendant would have to move for a hearing and outline his position regarding the jurisdiction of this Court while his appeal is pending.

Accordingly;

**IT IS HEREBY ORDERED** that a **STATUS CONFERENCE** is set for **Thursday, May 27, 2010 at 10:00 a.m.**

New Orleans, Louisiana, April 28, 2010.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE