MINUTE ENTRY
ZAINEY, J.
MAY 27, 2010

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" |

### STATUS CONFERENCE

COURT REPORTER: Vic DiGiorgio
COURTROOM DEPUTY: James Crull
JUDICIAL ASSISTANT: Pamela Angelette

APPEARANCES:   Emily Greenfield, Counsel for the government
Warren Montgomery, Counsel for the defendant
Jill Schneckenburger, U. S. Probation

The defendant Scott Lemoine was not present.
Counsel provided the Court with the status of the case.
The May 18, 2010 risk assessment report shall be filed UNDER SEAL.  A supplemental record in this action shall be provided to the Court of Appeals.
The defendant anticipates filing an omnibus motion.   The government shall be given 15 days to respond.
Court adjourned 11:00 a.m.

JS-10   0:51