U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 2 6 2010

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30078

CR 06-209-A

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SCOTT D. LEMOINE,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's motion to dismiss the appeal is DENIED.

    IT IS FURTHER ORDERED that appellee's motion to place "Exhibit 2" under seal is GRANTED.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana
2 4 MAY 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 24, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-30078   USA v. Scott LeMoine  
       USDC No. 2:06-CR-209-1

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _/s/ Dawn D. Victoriano_  
                             Dawn D. Victoriano, Deputy Clerk  
                             504-310-7717

Ms. Diane Hollenshead Copes  
Ms. Emily Katherine Greenfield  
Mr. Stephen Andrew Higginson  
Mr. Warren L. Montgomery  
Ms. Loretta Whyte

*Motion Notice - MOT-2*