UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                        NO: 06-209

SCOTT D. LEMOINE                              SECTION: "A"

## ORDER RESETTING HEARING ON MOTION

Counsel for Defendant has filed a Motion for Hearing on Discharge (Rec. Doc. #145) to establish jurisdiction of this Court while an appeal is pending. Previously, the Court gave the Government 15 days to respond to said motion (Rec. Doc. #142).

Accordingly,

**IT IS ORDERED** that the **MOTION HEARING** set for June 23, 2010 is **RESET** for **Tuesday, June 29, 2010 at 10:30 a.m.** in open Court with oral argument.

New Orleans, Louisiana, Wednesday, June 9, 2010.

_____
Judge Jay C. Zainey
United States District Court