MINUTE ENTRY
ZAINEY, J.
JUNE 29, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" |

MOTION HEARING

COURT REPORTER: Vic DiGiorgio
COURTROOM DEPUTY: James Crull
JUDICIAL ASSISTANT: Pamela Angelette
LAW CLERK: Jacob Poorman

APPEARANCES:   Emily Greenfield, Counsel for the government
               Warren Montgomery, Counsel for the defendant

The defendant Scott Lemoine was not present.

**(#145) Defendant's Motion for Hearing on Discharge (to Establish Jurisdiction).** ORDERED DENIED as moot.  The Court finds that it has jurisdiction on the issues.

**(#146) Defendant's Motion for Discovery and for Handwriting Exemplars.** ORDERED that the motion is GRANTED for reasons stated on the record.  IT IS FURTHER ORDERED that counsel for the defendant prepare a request for subpoena and a subpoena duces tecum for issuance by the Clerk returnable to this Court on or before July 16, 2010 at 12:00 p.m.  Subpoena documents presented to the Court will be provided to both parties and the Federal Medical Center.

IT IS ORDERED that a status conference is set for **July 22, 2010 at 2:00 p.m.** in the courtroom of Judge Jay C. Zainey.

IT IS FURTHER ORDERED that the **Defendant's Motion for Release from Custody and/or Motion to Modify Conditions of Release (Rec. Doc. #146)** is continued to be reset at the status conference on July 22, 2010.

Court adjourned 11:03 a.m.

JS-10   0:25