AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 06-209A

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Sheriff Daniel Edwards
was received by me on *(date)* 7-11-2010.

☑ I served the subpoena by delivering a copy to the named person as follows:
Joyce Jackson
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-12-2010

*Edgar McGehee*
Server's signature

Edgar McGehee
Printed name and title

47186 Wisteria Dr. Hammond, La. 70401
Server's address

Additional information regarding attempted service, etc:

Handwriting samples from inmate Xavier Thompson suitable for expert comparison in cursive script.

*Joyce A. Jackson*

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 06-209A

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Sheriff Daniel Edwards
was received by me on *(date)* 7-11-2010.

☑ I served the subpoena by delivering a copy to the named person as follows:
Joyce Jackson
on *(date)* 7-12-2010      ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-12-2010

Edgar McGehee
*Server's signature*

Edgar McGehee
*Printed name and title*

47186 Wisteria Dr. Hammond LA 70401
*Server's address*

Additional information regarding attempted service, etc:

ALL ORDERS, DOCUMENTS, OR WRITTEN REPORTS RELATING TO THE BAIL BOND OR BOND CONDITIONS OF INMATE BRIAN REGISTER FOR THE MONTHS OF JANUARY THROUGH MAY 2010

Joyce W Jackson

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 06-209A

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Sheriff Daniel Edwards
was received by me on *(date)* 7-11-2010.

☑ I served the subpoena by delivering a copy to the named person as follows:
Joyce Jackson
on *(date)* 7-12-2010          ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7-12-2010

Edgar McGehee
*Server's signature*

EDGAR McGEHEE
*Printed name and title*

47186 Wisteria Dr. Hammond, La 70401
*Server's address*

Additional information regarding attempted service, etc:

Any and all recordings and/or transcripts of the interview by Detective Toby Aguillard of Scott D. Lemoine on December 21, 2009.

Joyce W Jackson

Case No.   06-209A

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Sheriff Daniel Edwards_
was received by me on *(date)* _7-11-2010_ .

☑ I served the subpoena by delivering a copy to the named person as follows:
_Joyce Jackson_
on *(date)* _7-12-2010_     ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _7-12-2010_

_Edgar McGehee_
Server's signature

_Edgar McGehee_
Printed name and title

_47186 Wisteria Dr. Hammond, La 70401_
Server's address

Additional information regarding attempted service, etc:
Any Digital Voice Recording or other Recording Device siezed by Detective Toby Aguillard or taken from Scott D. Lemoine on December 21, 2009.

_Joyce A Jackson_

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 06-209A

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Sheriff Daniel Edwards
was received by me on *(date)* 7-11-2010.

☑ I served the subpoena by delivering a copy to the named person as follows:
Joyce Jackson
on *(date)* 7-12-2010 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-12-10

Edgar McGehee
*Server's signature*

EDGAR McGEHEE
*Printed name and title*

47186 Wisteria Dr. Hammond La 70401
*Server's address*

Additional information regarding attempted service, etc:
ALL ORDERS, documents, or WRITTEN REPORTS RELATING TO THE BAIL OR BOND Conditions OF SCOTT D. Lemoine IN ITEM NUMBER 2009043675 and/or INCIDENT Report Number 2009043112 IN DECEMBER 2009 THROUGH JANUARY 2010

Joyce D Jackson

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   06-209A

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* ___Sheriff Daniel Edwards___
was received by me on *(date)* ___7-11-2010___ .

☑ I served the subpoena by delivering a copy to the named person as follows:
___Joyce Jackson___
_____ on *(date)* ___7-12-2010___ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___7-12-10___

___Edgar McGehee___
Server's signature

___Edgar McGehee___
Printed name and title

___47186 Wisteria Dr. Hammond, LA 70401___
Server's address

Additional information regarding attempted service, etc:

A ROSTER AND/OR LIST OF ALL INMATES AT THE TANGIPAHOA PARISH JAIL FROM DECEMBER 21, 2009 THROUGH JANUARY 8, 2010 BY NAME AND DATE OF INCARCERATION.

___Joyce A. Jackson___