# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-30078

CR06-209-A

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SCOTT D. LEMOINE,

    Defendant - Appellant

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 2 1 2010

LORETTA G. WHYTE
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

ORDER:

IT IS ORDERED that appellee's opposed motion to supplement the record on appeal by including all documents entered in the district court after the second supplementation, specifically documents numbered 145 through 158, is GRANTED.

_____
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE

Fee _____
Process _____
X  Dktd _____
_ CtRmDep _____
_ Doc. No. _____

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana  1 5 JUL 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 15, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30078    USA v. Scott LeMoine  
        USDC No. 2:06-CR-209-1

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _Dawn D. Victoriano_  
                Dawn D. Victoriano, Deputy Clerk  
                504-310-7717

P.S. To Ms. White: Please supplement the record on appeal with requested documents enclosed. We have it due July 30, 2010.

Ms. Diane Hollenshead Copes  
Ms. Emily Katherine Greenfield  
Mr. Stephen Andrew Higginson  
Mr. Michael W Magner  
Mr. Warren L. Montgomery  
Ms. Loretta Whyte