MINUTE ENTRY
ZAINEY, J.
JULY 22, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" |

<u>STATUS CONFERENCE</u>

COURT REPORTER: Vic DiGiorgio
COURTROOM DEPUTY: James Crull
JUDICIAL ASSISTANT: Pamela Angelette
LAW CLERK: Jacob Poorman

APPEARANCES:   Emily Greenfield, Counsel for the government
Warren Montgomery, Counsel for the defendant

The defendant Scott Lemoine was not present.

Counsel has received copies of the items produced to the Court from subpoenas duces tecum. The Court will maintain custody of the digital recorder that was produced. Counsel will be allowed to listen jointly in the presence of Court staff to the discussions saved on the digital recorder. A copy of the Lentz report will be forwarded by the Court to FMC Rochester.

IT IS ORDERED that an evidentiary hearing is set for **September 16, 2010 at 1:30 p.m.** in the courtroom of Judge Zainey. The defendant's memoranda, exhibit and witness lists are due September 3, 2010. The government's response is due September 10, 2010. Counsel shall advise the court if stipulations are made that will render the evidentiary hearing moot.

IT IS FURTHER ORDERED that the **Defendant's Motion for Release from Custody and/or Motion to Modify Conditions of Release (Rec. Doc. #146)** is continued to be reset after the evidentiary hearing.

Court adjourned 2:56 p.m.

JS-10   0:47