UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT D. LEMOINE | SECTION: "A" |

### MINUTE ENTRY (JS-10: 25)

On July 29, 2010, the Court held a hearing in which the following participated: Warren L. Montgomery on behalf of the Defendant and Emily Katherine Greenfield on behalf of the Government. The conference was set to review an audio recording on a digital recorder produced in response to Defendant's subpoena *duces tecum*. *See* July 22, 2010 Minute Entry (Rec. Doc. 161).

At the hearing, counsel reviewed part of the contents of the digital recorder. Based on the length of the recordings in the digital recorder, the Court arranged for copies of the recordings to be

1

provided to both counsel. Counsel for Defendant objected to copying the entire recording based on potential privacy concerns. The Court overruled counsel for Defendant's objection. The Court retained possession of the digital recorder.

The Court understands that there is no privileged attorney-client communication on the tape.

\* \* \* \* \* \* \* \*

*[signature: Jay C. Zainey]*