UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| versus | ) | Criminal Action |
| | ) | No. 06-209 |
| SCOTT D. LEMOINE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

Considering the foregoing Motion, it is hereby ordered that the Evidentiary Hearing in this matter presently set for 1:30 pm, September 16, 2010 is cancelled due to stipulations rendering the hearing as moot.

Signed this 9th day of September, 2010 in New Orleans, Louisiana.

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been electronically delivered to opposing counsel by means of the Clerk of Court's CM/ECF system this 25th day of August, 2010.

//Signed//_____
Warren L. Montgomery