UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                        NO: 06-209

SCOTT D. LEMOINE                              SECTION: "A"

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a **STATUS CONFERENCE** in this matter is **SET** for **Thursday, October 14, 2010 at 3:00 p.m.**

New Orleans, Louisiana, Thursday, September 9, 2010.

_____
Judge Jay C. Zainey
United States District Court