UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 1 4 2010

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS                             NUMBER  06-209

Scott D. Lemoine                   SECTION  A

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

___2___   **SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS** set(s) for trial or hearing scheduled on:

10/14/10 at 3:00
DATE OF TRIAL OR HEARING

_____
Attorney's Signature

321 N. Vermont St.
Attorney's Address

Covington, La 70433

09578
Attorney's Bar Number

Scott D. Lemoine
Party Attorney Represents

___ Fee_____
___ Process___
X   Dktd___
___ CtRmDep___
___ Doc. No.___