UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| versus ) | Criminal Action |
| ) | No. 06-209 |
| SCOTT D. LEMOINE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### RENEWED MOTION FOR HEARING ON MOTION FOR UNCONDITIONAL DISCHARGE OR, IN THE ALTERNATIVE, CONDITIONAL DISCHARGE AND MOTION FOR RELEASE ON BOND PENDING HEARING

COMES NOW Defendant Scott D. Lemoine and renews his motion for hearing on motion for unconditional discharge and moves for release on bond pending hearing. The Warden of FMC Rochester has now filed the required certificate, and Lemoine is entitled to a hearing pursuant to 18 U.S.C. § 4247(h) and 18 U.S.C. § 4243(f). Lemoine requests that the hearing be held at the earliest convenience of the Court.

Lemoine further requests that he be released on bond pending the hearing. The criminal charges against Lemoine have been dismissed. The evidence shows that the felony charge was wholly fabricated, and the arresting officer has admitted that the misdemeanor charge was weak. The supplemental report from FMC Rochester indicates that Lemoine does not currently have any symptoms of mental illness. Furthermore, Lemoine has now been incarcerated at FMC Rochester for over six months and the doctors at FMC Rochester cannot state whether Lemoine has had any symptoms of mental illness since 2006. The doctors at FMC Rochester even acknowledge that it is possible that Lemoine never suffered from a mental illness.

Lemoine has now been incarcerated for over nine months because of the baseless charges in Tangipahoa Parish. He has never been convicted of any crime. He should not remain

incarcerated for one single day longer. Accordingly, Lemoine respectfully requests that this Court schedule the discharge hearing at the earliest convenience of the Court and that he be released on bond pending appeal.

Respectfully submitted,

_____
Warren L. Montgomery
321 North Vermont Street
Covington, La 70433
(985) 893-6585

## CERTIFICATE OF SERVICE

I certify that on the 6th day of October, 2010 I electronically filed the foregoing with the Clerk of Court via the CM/ECF system.

//signed//
Warren L. Montgomery