UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT LEMOINE | SECTION: "A" |

### ORDER

Considering the foregoing Renewed Motion for Hearing on Motion for Unconditional Discharge or, in the Alternative, Conditional Discharge and Motion for Release on Bond Pending Hearing (Rec. Doc. 173) filed by Defendant;

Accordingly;

**IT IS ORDERED** that the Government respond to Defendant's motion within five days.

New Orleans, Louisiana, Wednesday, October 6, 2010.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE