UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO: 06-209 |
| v. | * | SECTION: "A" |
| | * | |
| SCOTT D. LEMOINE | | |
| | * | |

\* \* \*

**GOVERNMENT'S MEMORANDUM IN RESPONSE TO DEFENDANT'S RENEWED MOTION FOR HEARING ON MOTION FOR UNCONDITIONAL DISCHARGE OR, IN THE ALTERNATIVE, CONDITIONAL DISCHARGE AND MOTION FOR RELEASE ON BOND PENDING HEARING**

**MAY IT PLEASE THE COURT**:

The United States of America, through the undersigned Assistant United States Attorney, files this Memorandum in response to defendant, Scott Lemoine's Renewed Motion for Hearing on Motion for Unconditional Discharge or, in the Alternative, Conditional Discharge and Motion for Release on Bond Pending Hearing.

The Government defers to the professional opinions set forth in the Federal Medical Center, Rochester, Minnesota's Risk Assessment Update of September 27, 2010, and does not object to Lemoine's conditional release subject to the conditions set forth in the Certificate of Conditional

Release, provided that there is an additional condition that Lemoine refrain from using any illegal drug or controlled substance. The government respectfully submits that Pam Seebach, Social Worker at FMC Rochester (507-424-7136) has advised the undersigned that such a condition was probably inadvertently left out of the Certificate of Conditional Release, and that this would be amended by the institution. Such a condition appears essential considering Lemoine's history of drug abuse and psychiatric relapse.

The Government also requests that Lemoine's term of supervision be extended indefinitely, or for a minimum of four years.

In light of the Government's position that conditional release is appropriate, the issue of bond is moot.

> Respectfully submitted,
>
> JIM LETTEN
> UNITED STATES ATTORNEY
>
>  s/ Michael W. Magner
> MICHAEL W. MAGNER
> Assistant United States Attorney
> La. Bar Roll Number 1206
> Hale Boggs Federal Building
> New Orleans, LA 70130
> Telephone: (504) 680-3103
> michael.magner@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on the 7th day of October, 2010, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which notifies counsel for all parties.

>  s/ Michael W. Magner
> MICHAEL W. MAGNER
> Assistant United States Attorney