UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-209 |
| SCOTT LEMOINE | SECTION: "A" |

**MINUTE ENTRY (JS-10: 20)**

On October 7, 2010, the Court held a conference call in which the following parties participated by phone: Michael William Magner on behalf of the Government; Warren L. Montgomery on behalf of Defendant; and Jill Schneckenburger on behalf of Probation. The conference call was set to discuss Defendant's Renewed Motion for Hearing on Motion for Unconditional Discharge or, in the Alternative, Conditional Discharge and Motion for Release on Bond Pending Hearing (Rec. Doc. 173).

At the conference, the parties discussed Defendant's conditional discharge and the conditions of release in light of the recommendation provided by the Government health care providers. The Court ordered that counsel for Defendant prepare an appropriate order for Defendant's discharge subject to consent by the Government and Probation.

Accordingly;

**IT IS ORDERED** that Defense counsel shall prepare an appropriate order for Defendant's release for the Court to sign;

**IT IS FURTHER ORDERED** that Defense counsel shall obtain the consent of the Government and Probation in preparing the order for the Court to sign.

\* \* \* \* \* \* \* \*

*[Signature: Jay C. Zainey]*