UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| versus | ) | Criminal Action |
| | ) | No. 06-209 |
| SCOTT D. LEMOINE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER FOR CONDITIONAL DISCHARGE**

**IN ACCORDANCE** with Title 18, United States Code, Section 4243, and the certified determinations of the director of the Federal Medical Center in Rochester, Minnesota, that Scott D. Lemoine has recovered from his mental disease or defect to such an extent that his conditional discharge under a prescribed regimen of medical, psychiatric, or psychological care or treatment no longer creates a substantial risk of bodily injury to another person or serious damage to property of another:

**IT IS HEREBY ORDERED** that pursuant to Title 18, United States Code, Section 4243(f), Scott D. Lemoine be discharged from the custody of the Attorney General on the explicit condition that he comply with the following prescribed regimen of medical, psychiatric, or psychological care or treatment:

1. Mr. Lemoine shall resume residence with his wife and enter into outpatient mental health care at the direction of the U.S. Probation Office (USPO).

2. He shall comply with all recommendations of the mental health treatment program which is arranged for him.

3. He shall continue to take psychotropic medication as prescribed by the clinicians at the inpatient or outpatient mental health facility.

4. He shall agree to undergo serum blood level screening, if ordered by the treating physician, to ensure a therapeutic level of medication is maintained.

5. While on outpatient status, should it at any time be deemed necessary by treating clinicians, he may be admitted to inpatient status at a facility designated by the treating clinician.

6. He shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 801), or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner.  He shall further refrain from consuming alcohol.

7. He shall participate in substance abuse counseling and monitoring at the direction of the USPO.

8. He shall be supervised by the United States Probation Officer until further order of the court to ensure compliance with the conditions of release.

9. The medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another.  Any party requesting modification or termination of the conditions of release shall submit adequate documentation supporting the request through the Supervisory U.S. Probation Officer, to the Criminal Division of the U.S. Attorney's Office for the Eastern District of Louisiana for a determination as to whether a motion for release should be filed.

10. He shall not commit another federal, state, or local crime during the

term of supervision.

11. He shall not leave the the judicial district or other specified geographic area without the permission of the Court or probation office.

12. He shall refrain from possessing a firearm, ammunition, destructive device or other dangerous weapon.

13. He shall remain abstinent from all unprescribed mood altering substances, including alcohol, and comply with periodic blood or urine screening to monitor for drug use.

14. He shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

15. He shall support his dependents and meet other family responsibilities .

16. He shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

17. He shall notify the probation officer at least ten days prior to any change of residence or employment.

18. He shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of his conditional release.

19. He shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the Court.

20. He shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

21. He shall permit a probation officer to visit anytime at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

22. He shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.

23. He shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.

24. As directed by the probation officer, he shall notify third parties of risks that may be occasioned by his criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm his compliance with such notification requirement.

**IT IS FURTHER ORDERED** that Scott D. Lemoine be supervised by the U.S. Probation Office until further order of the court to ensure compliance with the conditions of release, and he shall report to the Probation Office as directed by the probation officer submitting a truthful and complete report within the first five days of each month.

**IT IS FURTHER ORDERED** pursuant to Title 18, United States Code, Section 4243(f), that upon receipt of this **ORDER**, the director of the Federal Medical Center in Rochester, Minnesota, make arrangements for Scott D. Lemoine to be released to his mother and/or stepfather, Gayle and Edgar McGehee, who will transport Scott D. Lemoine to Arizona where Scott D. Lemoine will meet with the receiving U.S. Probation Officer on or before October 15, 2010.

**IT IS FURTHER ORDERED** that when Scott D. Lemoine is released, the director of the Federal Medical Center in Rochester, Minnesota, provide Scott D. Lemoine with sufficient medications until his care can be assumed by the physician or physicians directed by the United States Probation Office.

Lemoine's requests for relief are **GRANTED** to the extent specified in this Order, and they are **DENIED** in all other respects.

New Orleans, Louisiana, this 12th day of October, 2010.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE