UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 06-209

SCOTT D. LEMOINE                            SECTION: "A"

## ORDER

An order of conditional discharge having been issued,

**IT IS ORDERED** that the government's **Rule to Revoke Supervised Release (Rec. Doc. # 126)**, the defendant's **Motion for Release from Custody/Motion to Modify Conditions of Release (Rec. Doc. # 146)** and the government's **Motion for Extension of Time to File a Reply (Rec. Doc. #152)** are **DISMISSED**.

**IT IS FURTHER ORDERED** that the status conference set for October 14, 2010 is **CANCELLED**.

New Orleans, Louisiana, this 12th day of October 2010.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE