UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>versus )<br>)<br>SCOTT D. LEMOINE, )<br>)<br>Defendant. )<br>_____) | Criminal Action<br>No. 06-209 A |

## MOTION TO SEAL MEMORANDUM

**COMES NOW** Defendant Scott D. Lemoine and moves this Honorable Court to seal the memorandum in support of his motion to amend judgment pursuant to Federal Rule of Civil Procedure 59(e) inasmuch as the memorandum contains extracts of previously sealed documents.

Respectfully submitted,

_____
Warren L. Montgomery
321 North Vermont Street
Covington, LA 70433
Telephone: 985/893-6585

___ Fee _____
___ Process _____
_x_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been hand delivered to opposing counsel this 27th day of October, 2010.

_____
Warren L. Montgomery