UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| versus ) | Criminal Action |
| ) | No. 06-209 A |
| SCOTT D. LEMOINE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER TO SEAL MEMORANDUM

**CONSIDERING THE FOREGOING** it is hereby ordered that the memorandum in support of the motion to amend judgment pursuant to Federal Rule of Civil Procedure 59(e) filed this day in this matter by Scott D. Lemione is ordered to be sealed inasmuch as the memorandum contains extracts of previously sealed documents.

Signed this 1st day of November, 2010.

_____
Honorable Jay C. Zainey
United States District Judge